

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2019

No. 04-18-00830-CV

Rene **VELA**,
Appellant

v.

**MURPHY EXPLORATION & PRODUCTION COMPANY-USA** and Nabors Drilling
Technologies, Inc.,
Appellees

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-05-12283-DCV-AJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a reply brief is granted. We order appellant's reply brief due July 3, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court